# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.

JAMIE M. MARTIN

_____/

SEALED INDICTMENT

1:12CR44 JPM/SRJ

THE GRAND JURY CHARGES:

## COUNTS ONE THROUGH THREE

On or about the dates specified below, in the Northern District of Florida, the defendant,

## JAMIE M. MARTIN,

knowingly, and for the purpose of evading the reporting requirements of Section 5313(a) of Title 31, United States Code, and the regulations promulgated thereunder, did structure and assist in structuring, and attempt to structure and to assist in structuring, transactions with Drummond Community Bank ("DCB"), a domestic federally insured financial institution, by causing the deposit of United States currency in amounts under $10,000.00 in separate transactions as set forth below.

Filed 10/23/12 USDC FLN 1AM 1053

| COUNT | DATE | FINANCIAL INSTITUTION | DEPOSIT AMOUNT |
|---|---|---|---|
| ONE | October 24, 2007 | DCB | $9,000.00 |
| TWO | November 2, 2007 | DCB | $8,000.00 |
| THREE | November 5, 2007 | DCB | $4,700.00 |

In violation of Title 31, United States Code, Sections 5324(a)(3) and 5324(d); Title 31, Code of Federal Regulations, Section 103.11; and Title 18, United States Code, Section 2.

## CRIMINAL FORFEITURE

The allegations contained in Counts One through Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures to the United States.

Upon the conviction for any of the violations alleged in Counts One through Three of this Indictment, the defendant,

**JAMIE M. MARTIN,**

shall forfeit to the United States, pursuant to Title 31, United States Code, Section 5317(c), any and all property, real and personal, involved in the offenses alleged in Counts One through Three of this Indictment and any property traceable thereto.

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    i.    cannot be located upon the exercise of due diligence;

    ii.    has been transferred or sold to, or deposited with, a third person;

      iii.    has been placed beyond the jurisdiction of the Court;

      iv.    has been substantially diminished in value; or

      v.    has been commingled with other property that cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 31, United States Code, Section 5317(c)(1)(B), to seek forfeiture of any other property of said defendant up to the value of the above-described property.

A TRUE BILL:



FOREPERSON

10/23/2012
DATE

PAMELA C. MARSH
United States Attorney

GREGORY P. McMAHON
Assistant United States Attorney

3