AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:12cr44 SPM/GRJ |
| JAMIE M. MARTIN | ) | |
| Defendant | ) | |

*RECEIVED USMS GAINESVILLE, FL 2012 OCT 23 A 7:28*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   JAMIE M. MARTIN                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

knowingly, and for the purpose of evading the reporting requirement of Section 5313(a) of Title 31, United States Code, and the regulations promulgated thereunder, did structure and assist in structuring, and attempt to structure and to assist in structuring transactions with Drummond Community Bank ("dcb")

Date:   10/23/2012                                                                                       s/Gary R. Jones
                                                                                                *Issuing officer's signature*

City and state:   Gainesville, FL                                                      Gary R. Jones, U.S. Magistrate Judge
                                                                                                *Printed name and title*

### Return

This warrant was received on *(date)*  10-23-2012 , and the person was arrested on *(date)*  01-03-2014
at *(city and state)*  Gainesville, FLORIDA  .

Date:  01-03-2014

                                                                                                *Arresting officer's signature*

                                                                Nadia Butler, Special Agent
                                                                *Printed name and title*

Filed 01/06/14 USDC FLN 1AM 0919